# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **ANTHONY M. COOK,** <br><br> Defendant. | MJ 18-29-GF-JTJ <br><br> (3:15-CR-05511-CVB) <br><br> **ORDER FOR TRANSFER TO DISTRICT OF OFFENSE** |

IT IS HEREBY ORDERED that the United States Marshal shall transport the defendant to the Western District of Washington, where the original charging documents were filed.

DATED this __7th__ day of May, 2018.

_____
John T. Johnston
United States Magistrate Judge